UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANITA S. BRYANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-00940-JPH-TAB |
| | ) |
| ESTATE OF LAURA J. BRYANT, | ) |
| | ) |
| Defendant. | ) |

**ORDER DENYING MOTION TO AMEND DISMISSAL ORDER
AND FINAL JUDGMENT**

The Court dismissed Ms. Bryant's amended complaint without prejudice and entered final judgment. Dkts. 17, 18. In the dismissal order, the Court construed Ms. Bryant's renewed motions for *in forma pauperis* ("IFP") status at dkts. 13 and 16 as motions for appellate IFP status since those motions were filed on the form titled "Application to proceed without prepaying fees or costs on appeal." Dkt. 17 at 4. Those motions were denied because Ms. Bryant had not filed a notice of appeal, so motions for appellate IFP status were premature. *Id.*

Ms. Bryant has now filed a motion to "correct errors" in the order dismissing the case. Dkt. 19. She states that her motions at dkts. 13 and 16 were "not filed for an appeal consideration." *Id.* Instead, she explains that she filed them with her motion for assistance recruiting counsel because her "financial situation had changed" since her first motion for IFP status was granted. *Id.*

1

The Court acknowledges Ms. Bryant's clarification regarding the two IFP motions at dkts. 13 and 16.  However, it is unnecessary to amend the order at dkt. 17 denying these IFP motions or the judgment at dkt. 18.  Ms. Bryant has already been granted IFP status in this case, dkt. 8, and she has not lost that status.  Altering the dismissal order or judgment would not change that.

Therefore, Ms. Bryant's motion to amend, dkt. [19], is **DENIED**.  Ms. Bryant still retains her IFP status, dkt. 8, and this case remains closed.

**SO ORDERED.**

Date: 1/17/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

ANITA S. BRYANT
122 Britt Street
Tampa, FL 33614